# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** John Lombardi

v. George Washington University

**Case No:** 14-7158

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually.  Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

John Lombardi

Names of Parties                              Names of Parties

### Counsel Information

**Lead Counsel:** Lynne Bernabei

**Direct Phone:** (202) 745-1942   **Fax:** (202) 745-2627   **Email:** Bernabei@bernabeipllc.com

**2nd Counsel:** Alan R. Kabat

**Direct Phone:** (202) 745-1942   **Fax:** (202) 745-2627   **Email:** kabat@bernabeipllc.com

**3rd Counsel:**

**Direct Phone:** (   )    -       **Fax:** (   )    -       **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** (   )    -       **Fax:** (   )    -       **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# CERTIFICATE OF SERVICE

I certify that on this date, November 13, 2014, the foregoing was served via the Court's CM/ECF system, and a copy will be sent by first-class mail, postage prepaid:

Peter Eyre
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: peyre@crowell.com

*Counsel for George Washington University*

　　　　　　　　　　　　　　　　　*/s/ Alan R. Kabat*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Alan R. Kabat